IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>[2] FUNDADOR MORENO-MEDINA<br>Defendant. | CRIM: NO. 97-137-02 (DRD) |

ORDER TO SHOW CAUSE

Upon petition of Benjamin Bonilla, U.S. Probation Officer of this, alleging that supervisee, Fundador Moreno-Medina has failed to comply with his conditions of supervised release.

IT IS ORDERED that releasee appear before this Court on **August 24, 2007 at 10:00 a.m.** to Show Cause, if there be any reason why his supervised release term should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing; releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of July 2007.

S/ ***DANIEL R. DOMÍNGUEZ***
DANIEL R. DOMÍNGUEZ
U.S. DISTRICT JUDGE