## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| VS.                    * | CRIM.NUM. 97-137 (DRD) |
| * | |
| * | |
| FUNDADOR MORENO-MEDINA* | |
| DEFENDANT # 2            * | |

* * * * * * * * * * * * * * * * * * *****

**URGENT MOTION TO REQUEST THE WITHDRAW
DEFENDANT LEGAL REPRESENTATION**

**TO THE HONORABLE COURT:**

    **COMES NOW** the undersigned attorney and very respectfully STATES and PRAYS as follow:

    1. A Motion to Show Cause had been issue against the defendant in the above captioned case. The hearing has been scheduled for this August 24th., 2007.

    2. Since the defendant was sentenced this attorney lost communication with him and with his family. Either the phone number and the address of them were changed, as of today no contact has been made by them with this attorney.

    3. According with the motion filed by the U.S. Probation Officer, the reason for the Order to Show Cause is the fact that the defendant was allegedly arrested in possession of control substances. There are some criminal proceedings pending against him in the State Courts. For the information given by the Probation Officer he is being representing by a brother counsel in such proceedings, so is my understanding that he is more informed than my self of the facts of the case and is in better position to represent him in the pending Federal proceeding, pursuant the issued Order.

**WHEREFORE** the undersigned attorney prays that the foregoing Motion be granted reliving the undersigned from the defendant legal representation.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which send notification to U.S. Probation Officer Benjamín Bonilla, Benjamin_Bonilla@prp.uscourts.gov. , and A.U.S.A. José A. Ruíz..

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico this 6th day of August, 2007.

**S/Jorge L.Díaz-Reverón**
**JORGE L. DIAZ REVERON,ESQ.**
**U.S.D.C. # 209104**
Capital Center Bldg. Suite 1005
239 Alterial Hostos Ave.
Hato Rey, Puerto Rico 00918
Tel.787-510-3737  Fax 787-250-0099
E-mail jdiazlaw@prtc.net