AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

COPY ☐
ORIGINAL ☐
SERVICE COPY ☒
USAO COPY ☐

FOR THE JUDICIAL _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA
V.
Fundador MORENO-MEDINA
Calle Falcon Num. 16 Urb. Costa Brava
Isabela, PR 00662
Tel: 787-872-4460 Cel: 787-477-9544
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   Cr. 97-137-02 (DRD)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. COURTHOUSE AND FEDERAL BUILDING CARLOS CHARDON STREET, HATO REY, PR | Courtroom # 3 |
| | Date and Time |
| Before:   DANIEL R. DOMÍNGUEZ, U.S. DISTRICT JUDGE | August 24, 2007 at 10:00 a.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
Violation of Supervised Release Condition.

DANIEL R. DOMÍNGUEZ, U.S. DISTRICT JUDGE
Name and Title of Issuing Officer

s/ **DANIEL R. DOMÍNGUEZ**
Signature of Issuing Officer

July 5, 2007
Date

JDIS
AFO ☐   IN ☒
CIV ☒   OUT ☒
Item: 4

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date: 7/5/07

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|

Service was made by me on:[1]  Date: August 10, 2007

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Isabela, PR

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  August 13, 2007
Date

Lesvia Maldonado, AUSM
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.