UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| <u>MINUTES OF PROCEEDINGS:</u> | DATE: August 24, 2007 |
| BEFORE HONORABLE DANIEL R. DOMINGUEZ | |
| COURTROOM DEPUTY: Carmen Tacoronte | CASE NO. CR. 97-137 (DRD) |
| COURT REPORTER: Donna Dratwa | |
| COURT INTERPRETER: Marie Hernandez | |

| | Attorneys |
|---|---|
| UNITED STATES OF AMERICA | Antonio Bazan |
| vs | |
| Fundador Moreno-Medina (2) | |

Case called for Order to Show Cause-Supervised Release but not held. Defendant has been summoned and is present in court. Attorney Jorge Diaz Reveron has failed to appear.

The Court notes that Attorney Diaz has filed a motion to withdraw as counsel (docket #261), but the same is denied. Separate order to be issued.

Order to Show Cause reset for August 27, 2007 at 9:00 A.M. Since defendant is present in court and has been informed by the Court of the re-setting, no further notification will be provided to him.

s/Carmen L. Tacoronte<br>
CARMEN L. TACORONTE<br>
COURTROOM DEPUTY

Case 3:97-cr-00137-DRD   Document 264   Filed 08/24/2007   Page 2 of 2