IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>vs.<br><br>Fundador Moreno-Medina<br><br>Defendants | CASE  97-CR-137-02  (DRD) |

### ORDER

Attorney Jorge Diaz Reveron has failed to appear at today's Order to Show Cause Hearing. The Court has taken into consideration counsel's excellent record and reputation; therefore, no sanctions will be imposed at this moment.

Having reviewed counsel's "Urgent Motion to Request the Withdraw [sic] Defendant Legal Representation" (docket #261), the same is denied.

Attorney Diaz Reveron shall continue to represent co-defendant Fundador Moreno-Medina until the Court accepts his resignation. The Court expects defense counsel to appear at the Order to Show Cause Hearing, which has been reset for August 27, 2007 at 9:00 A.M. Then, the undersigned will make a determination as to defendant's legal representation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of August, 2007.

s/Daniel R. Dominguez
Daniel R. Dominguez
United States District Judge