### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIM.NUM. 97-137 (DRD)** |
| Vs | * | |
| | * | |
| **FUNDADOR MORENO-MEDINA** | * | |
| DEFENDANT # 2 | * | |

* * * * * * * * * * * * * * * * * * * *****

### MOTION FOR CONTINUANCE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney and very respectfully STATES

and PRAYS as follow:

1.   A hearing of supervised release revocation had being scheduled of this September 26th., 2007.

2.   The reason for the above mentioned proceeding is because the defendant had been accused in the local courts for facts not related to the federal offence. This case was originally scheduled for this September 11th., 2007.

3.   The defendant case has been re scheduled for the next October 16th., 2007.

**WHEREFORE** is respectfully requested that this Honorable Court take notice of the above and consider our petition to continue the September 26, 2007 hearing. I respectfully recommend the dates of November 20th., 21st or December 4th., 2007 for the revocation hearing.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which send notification to U.S. Probation Officer Benjamín Bonilla, Benjamin_Bonilla@prp.uscourts.gov. , and A.U.S.A. José A. Ruíz..

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico this 19th., day of September, 2007.

        **S/Jorge L.Díaz-Reverón**
        **JORGE L. DIAZ REVERON,ESQ.**
        **U.S.D.C. # 209104**
        Capital Center Bldg. Suite 1005
        239 Alterial Hostos Ave.
        Hato Rey, Puerto Rico 00918
        Tel.787-510-3737 Fax 787-250-0099
        E-mail jdiazlaw@prtc.net