# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Vs.** | * | **CRIM. 03-137(DRD)** |
| **FUNDADOR MORENO MEDINA** | * | |
| *Defendant # 2* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR CONTINUANCE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney  and very respectfully STATES and PRAYS as follow:

1.    A supervised release revocation hearing in the instant case has been scheduled for this January 18th., 2008 at 10:30 AM.

2.    The violations allegedly committed by the defendant relates to some charges filed against him at the Aguadilla Superior Court. The case, although the suppression hearing was held, the Honorable Superior Judge Manuel Acevedo has not yet issue his ruling.

3.    Since the decision of the state case is the base of the instant case, we respectfully request to this Honorable Court to continue and maintain a "sine díe" status until the State case had been solved.

4.    The undersigned attorney spoke with Mr. Benjamin Bonilla about this petition and he expressed no objections to the same.

**WHEREFORE** is respectfully request to this Honorable Court grant this Motion and continue the January 18th., 2008 revocation hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, P.R. January 16th., 2008.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to olga.b.castellon@usdoj.gov, Benjamin_Bonilla@prp.uscourts.gov.

s/Jorge L. Díaz-Reverón

_____

**JORGE l. DIAZ-REVERON**
USDC # 209104
Capital Center Bldg. Suite 1005
Hato Rey, P.R. 00919-1476
Tel-Fax 787-250-0099
E-mail jdiazlaw@prtc.net