IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

  vs.            CASE NO. 3: 97CR137-02 (DRD)

FUNDADOR MORENO-MEDINA

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

INFORMATIVE MOTION

TO THE HONORABLE DANIEL R. DOMINGUEZ,
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

  **COMES NOW, BENJAMIN BONILLA**, **UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Fundador Moreno-Medina, who on May 12, 1998 was sentenced to an eighty-seven (87) months imprisonment term after he pled guilty of violating Title 21 U.S. Code, § 846 (a)(1) and Title 18 U.S. Code, § 2.  A four (4) year supervised release term and a special monetary assessment in the amount of $100.00 (Paid) were also imposed. As special conditions, the offender was ordered to submit to urinalysis, provide access to financial statements and to pay a $3,000.00 fine (Paid).  The offender was released from custody on September 29, 2003, at which time his supervision term began.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

  On June 3, 2007, this Officer filed a motion informing this Honorable Court about Supervised Release Violations committed by Mr. Moreno-Medina.  They were related to charges filed against him at the Aguadilla District Court.  A revocation hearing has already been scheduled for March 12, 2008, in relation to the federal supervision.  However, the state case has not yet been resolved.  An Evidence Suppression Hearing was held on October 16 and 17 before Honorable

Superior Judge Manuel Acevedo, nonetheless his ruling still has not been issued.  Therefore, the state charges are still pending and awaiting for a decision from the Honorable Superior Judge.

**WHEREFORE**, I declare under penalty of perjury that the forgoing is true and correct.  In view of the aforementioned, and unless this Honorable Court rules otherwise, it respectfully requested that this Court considers re-scheduling the revocation hearing scheduled for March 12, 2008.

In San Juan, Puerto Rico, this 11th day of March 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 281-4982
(787) 766-5945
Benjamin_Bonilla@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 11, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jose A. Ruiz, Assistant U.S. Attorney and to Jorge Diaz-Reveron, Esq..

In San Juan, Puerto Rico, this 11th day of March 2008.

S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 281-4982
(787) 766-5945
Benjamin_Bonilla@prp.uscourts.gov
