IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA  * | |
| * | CRIM.NUM. 97-137 (DRD) |
| Vs   * | |
| * | |
| FUNDADOR MORENO-MEDINA * | |
| DEFENDANT # 2   * | |

* * * * * * * * * * * * * * * * * * * *****

## MOTION FOR CONTINUANCE

TO THE HONORABLE COURT:

   **COMES NOW** the undersigned attorney and very respectfully STATES and PRAYS as follow:

1. A hearing of supervised release revocation had being scheduled of this March 12th., 2008.

2. The reason for the above mentioned proceeding is because the defendant had been accused in the local courts for facts not related to the federal offence. A Suppression Hearing was held but the instant Judge has not yet issue his ruling.

3. Since the state charges are still pending, is respectfully requested that the revocation hearing be re scheduled. Mr.Benjamín Bonilla place no objection as to that.

**WHEREFORE** is respectfully requested that this Honorable Court take notice of the above and consider our petition to continue the March 12th., 2008 revocation hearing for a date after the State Court Judge issue his ruling.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which send notification to U.S. Probation Officer Benjamín Bonilla, Benjamin_Bonilla@prp.uscourts.gov. , and A.U.S.A. José A. Ruíz..

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico this 11th., day of March, 2008.

> S/Jorge L.Díaz-Reverón
> **JORGE L. DIAZ REVERON,ESQ.**
> **U.S.D.C. # 209104**
> Capital Center Bldg. Suite 1005
> 239 Alterial Hostos Ave.
> Hato Rey, Puerto Rico 00918 Tel.787-510-3737 Fax 787-250-0099
> E-mail jdiazlaw@prtc.net